[No. 6216.]

Cunningham v. The City of Fort Collins.

1.  **Municipal Ordinance—Action for Penalty—**An action for penalty prescribed by municipal ordinance is a civil action.—(474)

2.  **Bill of Exceptions—Where Necessary—**Instructions will not be reviewed where no objection or exception thereto was preserved by a bill of exceptions.—(474)

*Appeal from Larimer County Court*—Hon. C. V. Benson, Judge.

Messrs. Annis & Stow, for appellant.

Mr. Paul W. Lee, for appellee.

Chief Justice Steele delivered the opinion of the court:

The defendant was found guilty of violating an ordinance of the city of Fort Collins. He has appealed to this court.

It is said that the testimony failed to show that the defendant sold liquor in the city of Fort Collins, or within one mile of its outer boundaries. We are of the opinion, this being a civil action, that the proof was sufficient to warrant the submission of the case to the jury. No exception nor objection to the instruction was preserved by bill of exception. We are of the opinion that the assignments of error are without merit, and the court correctly adjudged the defendant guilty, and the judgment will be affirmed.

*Affirmed.*

Mr. JUSTICE CAMPBELL and Mr. JUSTICE MUSSER concur.